

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*(signature)* Paul G. Gardephe, U.S.D.J.

Dated: October 2, 2020

VIA CM/ECF

October 1, 2020

U.S. District Judge Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

      Re:    *Mercer v. Bavarian Inn, Inc.*, **Case No.: 1:20-cv-6238-PGG-OTW**

Dear Judge Gardephe:

      This office represents the Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action. As previously reported, the above referenced action has been settled. Currently, the terms of the settlement agreement still need to be effectuated, which the parties anticipate will take place within the next fourteen (14) days. Respectfully, we are requesting together with counsel for the Defendant, an additional stay of all deadlines and conferences, for fourteen (14) days so that the parties can finalize the settlement.

      We thank the Court for your time and consideration in this matter.

                                      Respectfully submitted,

                                      BASHIAN & PAPANTONIOU, P.C.

                                      */s/ Erik M. Bashian*
                                      _____
                                      Erik M. Bashian, Esq.

cc:    Christopher P. Stroech, Esq. *(via email only)*